# United States District Court



LODGED
CLERK, U.S. DISTRICT COURT
2/17/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

CENTRAL   DISTRICT OF   CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
02/17/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**ROMAN CASTILLO**<br>REG#: 90483-298 | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER:   2:23-mj-00780-DUTY |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 26, 2023, in Los Angeles County, in the Central District of California, defendant Roman CASTILLO ("CASTILLO") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about January 26, 2023, the United States Marshals Service received information from El Monte Residential Reentry Center ("RRC") stating that on January 26, 2023, CASTILLO had escaped from federal custody when he walked away from the El Monte RRC. According to Bureau of Prisons ("BOP") records, CASTILLO is a white Hispanic male, approximately 5 feet tall 10 inches, weighing approximately 155 pounds, with brown hair and brown eyes. CASTILLO is 29 years old and is a United States citizen.

From my review of court records, I learned that on July 13, 2022, in the United States District Court for the Southern District of California, Case No. 3:20-CR-00033-WQH, CASTILLO was sentenced to the custody of the Bureau of Prisons for ten (10) months with no supervision to follow for admitting to allegations One through Six as set forth in the Violation Petition.

On January 26, 2023, CASTILLO walked out of the El Monte RRC without prior authorization at approximately 8:10 a.m. Inmate CASTILLO did not have prior authorization to leave the facility. CASTILLO was originally scheduled to be released on February 03, 2023. As of today's date, CASTILLO's whereabouts are unknown.

Continued on the attached sheet and made a part hereof:   ☐ Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/s/ Matthew Starr
Signature of Complaint
Matthew Starr
Deputy U.S. Marshal

February 17, 2023
Date

at Los Angeles, California
City and State

Karen L. Stevenson, United States Magistrate Judge
Name & Title of Judicial Officer

*Karen L. Stevenson*
Signature of Judicial Office